NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHURCH & DWIGHT CO., INC., | |
| Plaintiff, | |
| v. | Civil Action No. 05-2142 (GEB) |
| ABBOTT LABORATORIES, | **ORDER** |
| Defendant. | |

**BROWN, Chief Judge**

This matter comes before the Court upon Defendant Abbott Laboratories' ("Abbott") Motion for Leave to File an Amended Counterclaim and Join Inverness Medical Switzerland GMBH ("Inverness"), and Church & Dwight Co., Inc.'s ("Church & Dwight") Cross-Motion to Dismiss Abbott's Counterclaim of Infringement; and the Court having decided the motions based on the parties' submissions and without oral argument pursuant to Federal Rule of Civil Procedure 78; and for the reasons set forth in the accompanying Memorandum Opinion;

IT IS THIS 18th day of October, 2006;

ORDERED that Abbott's motion is DENIED without prejudice; and

ORDERED that Church & Dwight's cross-motion is GRANTED.

                                                s/ Garrett E. Brown, Jr.
                                           GARRETT E. BROWN, JR., U.S.D.J.