NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHURCH & DWIGHT CO., INC., | |
| Plaintiff, | |
| v. | Civil Action No. 05-2142 (GEB) |
| ABBOTT LABORATORIES, | **ORDER** |
| Defendant. | |

**BROWN, Chief Judge**

This matter having come before the Court upon Defendant Abbott Laboratories' ("Abbott" or "Defendant") Motion for Entry of Final Judgment under Rule 54(b), and Plaintiff Church & Dwight Co., Inc.'s ("Church & Dwight" or "Plaintiff") Cross-Motion to Dismiss Abbott's Counterclaim for Infringement of the Surmodic Patents; and the Court having decided the motions without oral argument pursuant to Federal Rule of Civil Procedure 78; and for the reasons set forth in the accompanying Memorandum Opinion;

IT IS THIS 10th day of April, 2007;

ORDERED that Abbott's motion is DENIED; and

ORDERED that Church & Dwight's cross-motion is GRANTED.

                                            s/ Garrett E. Brown, Jr.
                                            GARRETT E. BROWN, JR., U.S.D.J.