# PROSKAUER ROSE LLP

One Newark Center
Newark, NJ 07102
Telephone 973.274.3200
Fax 973.274.3299

NEW YORK
LOS ANGELES
WASHINGTON
BOSTON
BOCA RATON
NEW ORLEANS
PARIS

**Judson L. Hand**
**Attorney at Law**

Direct Dial 973.274.6019
jhand@proskauer.com

June 15, 2007

**VIA ELECTRONIC FILING AND FEDERAL EXPRESS**

Hon. John J. Hughes, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building
& U.S. Courthouse, Room 6000
402 E. State Street
Trenton, New Jersey 08608

Re:   Church & Dwight Co., Inc. v. Abbott Laboratories
      Civil Action No. 05-2142(GEB)

Dear Judge Hughes:

This firm represents the plaintiff, Church & Dwight Co., Inc. ("C&D"), in the above-referenced matter. We write to inform the Court that C&D does not object to the motion to seal by the defendant, Abbott Laboratories, that is now before Your Honor.

The Court may, therefore, consider this motion unopposed.

Respectfully submitted,


  /s/ Judson L. Hand
Judson L. Hand
JLH:ab


cc:   James S. Richter, Esq. (via electronic mail and electronic filing)
      Raymond C. Perkins, Esq. (via electronic mail)