WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, 7th Floor
Newark, New Jersey 07102
(973) 621-2230
James S. Richter

Attorneys for Defendant Abbott Laboratories

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CHURCH & DWIGHT CO., INC., | : | Honorable Garrett E. Brown, Jr., U.S.D.J. |
| Plaintiff, | : | Civil Action No. 05 CV 2142 (GEB) |
| v. | : | **DEFENDANT ABBOTT LABORATORIES' NOTICE OF MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE ISSUES OF INVALIDITY AND PRIORITY/DATE OF INVENTION PURSUANT TO FED. R. CIV. P. 50(a)** |
| ABBOTT LABORATORIES, | : | |
| Defendant. | : | |
| | : | **Filed Electronically** |

TO: Wanda Ellert, Esq.
    Proskauer Rose LLP
    One Newark Center
    Newark, New Jersey 07102
    Attorneys for Plaintiff

**PLEASE TAKE NOTICE** that on February 7, 2008, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant, Abbott Laboratories moved before the Honorable Garrett E. Brown, Jr., U.S.D.J., at the United States District Court, Clarkson S. Fisher

Federal Building & U.S. Courthouse, 402 East State Street, Room 6000, Trenton, New Jersey 08608, for an Order granting its motion for judgment as a matter of law on the issues of invalidity and priority/date of invention pursuant to Fed. R. Civ. P. 50(a).

**PLEASE TAKE FURTHER NOTICE** that in support of said Motion, Abbott will rely upon the Brief submitted herewith.

WINSTON & STRAWN LLP  
Attorneys for Defendant  
Abbott Laboratories

By:   /s/ James S. Richter  
      James S. Richter  
      jrichter@winston.com

Dated: February 7, 2008

**OF COUNSEL:**

George C. Lombardi  
Raymond Perkins  
Stephanie McCallum  
Kevin E. Warner  
WINSTON & STRAWN LLP  
35 W. Wacker Drive  
Chicago, IL  60601

3

**CERTIFICATION OF SERVICE**

    I hereby certify that on February 7, 2008, copies of the foregoing Notice of Motion and supporting documents were electronically filed and served by e-mail upon the following:

Wanda Ellert, Esq.
Proskauer Rose LLP
One Newark Center
Newark, New Jersey 07102
Attorneys for Plaintiff

                        /s/ James S. Richter
                           James S. Richter

Dated: February 7, 2008

**NY:1161388.1**