WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, 7th Floor
Newark, New Jersey 07102
(973) 621-2230
James S. Richter

Attorneys for Defendant, Abbott Laboratories

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CHURCH & DWIGHT CO., INC., | Honorable Garrett E. Brown, Jr., U.S.D.J. |
| Plaintiff, | Civil Action No. 05 CV 2142 (GEB) |
| v. |  |
| ABBOTT LABORATORIES, | **ORDER GRANTING MOTION FOR JUDGMENT AS A MATTER OF LAW ON THE ISSUES OF INVALIDITY AND PRIORITY/ DATE OF INVENTION PURSUANT TO FED. R. CIV. P. 50(a)** |
| Defendant. |  |

**THIS MATTER,** being opened to the Court by Winston & Strawn LLP, attorneys for Defendant Abbott Laboratories ("Abbott") by way of a Motion for Judgment as a Matter of Law on the issues of invalidity and priority/date of invention pursuant to Fed. R. Civ. P. 50(a), and the Court having considered the arguments of counsel and the papers submitted in support of, and in opposition to, said motion, and for good cause shown,

**IT IS** on this _____ day of February, 2008,

**ORDERED,** as follows:

1. Abbott's Motion for Judgment as a Matter of Law on the issues of invalidity and priority/date of invention pursuant to Fed. R. Civ. P. 50(a) be and is hereby granted.

2. A copy of this order shall be served on all counsel within seven (7) days of the date hereof.

_____
Honorable Garrett E. Brown, Jr., U.S.D.J.

NY:1161390.1