```
            UNITED STATES DISTRICT COURT
               DISTRICT OF NEW JERSEY
                MINUTES OF PROCEEDINGS
```

**Office**: Trenton                           Proceeding Date: 2/7/08

**JUDGE** Garrett E. Brown, Jr.
**COURT REPORTER** C. Ellington
**DEPUTY CLERK** Daniel P. Murphy

**TITLE OF CASE:**

**CHURCH & DWIGHT CO., INC.,**

                                        Cv # 05-2142(GEB)
    V.

**ABBOTT LABORATORIES,**

**APPEARANCES:**

J. Hand., Esq., J. Shalek, Esq., R. Goldstein, Esq., B. Vinti, Esq. for Plaintiff.
G. Lombardi, Esq., R. Perkins, Esq., J. Richter, Esq., S. McCallum, Esq., K. Warner, Esq., J. Young, Esq., for Defendant.

**NATURE OF PROCEEDINGS**: TRIAL W/JURY CONTINUED BEFORE THE HON. GARRETT E. BROWN, JR., U.S.D.J.

Jury present.
Portion of video deposition of Dr. Albert Nazareth, dated 6/8/07, displayed for the record.
**Defendant Rests.**
Dr. Gregory Bell - RECALLED ON REBUTTAL - for Plaintiff.
**Both sides Rest.**
Ordered jury be excused to either Monday, 2/11/08 or Wednesday, 2/13/08.
Ordered parties conference with Court on 2/9/08.
Jury not present.  Status conference/oral argument held.


COMMENCE: **9:20 a.m.**
ADJOURNED: **1:00 p.m.**


                                    S/Daniel P. Murphy
                                    **Deputy Clerk**