WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, 7th Floor
Newark, New Jersey 07102
(973) 621-2230
James S. Richter

Attorneys for Defendant Abbott Laboratories

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CHURCH & DWIGHT CO., INC., | Honorable Garrett E. Brown, Jr., U.S.D.J. |
| Plaintiff, | Civil Action No. 05 CV 2142 (GEB) |
| v. | **DEFENDANT ABBOTT LABORATORIES' NOTICE OF MOTION FOR RECONSIDERATION OF THE PRIOR ART DATE OF THE MOCHNAL APPLICATION** |
| ABBOTT LABORATORIES, | |
| Defendant. | **Filed Electronically** |

TO: Wanda Ellert, Esq.
   Proskauer Rose LLP
   One Newark Center
   Newark, New Jersey 07102
   Attorneys for Plaintiff

**PLEASE TAKE NOTICE** that on a date and time to be set by the Court, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant, Abbott Laboratories moved before the Honorable Garrett E. Brown, Jr., U.S.D.J., at the United States

2

District Court, Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 East State Street, Room 6000, Trenton, New Jersey 08608, for an Order granting its motions for judgment as a matter of law pursuant to Fed. R. Civ. P. 50(a) filed on January 25, January 28 and February 7, 2008.

    **PLEASE TAKE FURTHER NOTICE** that in support of said Motion, Abbott will rely upon the Brief and Declaration of James S. Richter submitted herewith.

                                                                 WINSTON & STRAWN LLP
                                                                 Attorneys for Defendant
                                                                 Abbott Laboratories


                                                        By:   /s/ James S. Richter
                                                                  James S. Richter
                                                                  jrichter@winston.com

Dated: February 8, 2008


**OF COUNSEL:**

George C. Lombardi
Raymond Perkins
Stephanie McCallum
Kevin E. Warner
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601

3

**CERTIFICATION OF SERVICE**

I hereby certify that on February 8, 2008, copies of the foregoing Notice of Motion and supporting documents were electronically filed and served by e-mail upon the following:

Wanda Ellert, Esq.
Proskauer Rose LLP
One Newark Center
Newark, New Jersey 07102
Attorneys for Plaintiff

                                        /s/ James S. Richter
                                           James S. Richter

Dated: February 8, 2008

NY:1161777.1