Question # 5 (on verdict sheet)

With regard to the willfulness issue does the jury need to consider the entire damages period or just a portion of the period?

Jury Question #1
5-2142 (GEB)
Church : Dwight
2/15/08

When was Carter Wallace sold to Church & Dwight?

Jury Question #2
5-2142 (GEB)
Church : Dwight
2/15/08

Jury Question #3
5-2142 (GEB)
Church : Dwight
2/15/08

Question #4 (on verdict sheet)

Please provide Dr. Bell's cost analysis spreadsheets that he developed for the Lost Profit + the Reasonable Royalty (Direct). 26 M / 5 M

Also, provide Dr. Bell's spreadsheets that he developed on Redirect. 5 M / 3 M

Lastly, provide Dr. Rao's cost analysis spreadsheets. 5 M

P.S. Can we get the Demonstratives that Dr. Rao + Dr. Bell used to show profit/above sales? (White paper refl to witness stand).