```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

**Office:** Trenton                              **Proceeding Date:** 8/27/08

**JUDGE** Garrett E. Brown, Jr.
**COURT REPORTER** T. Phillippi
**DEPUTY CLERK** Daniel P. Murphy

**TITLE OF CASE:**

**CHURCH & DWIGHT CO., INC.,**

                                        Cv # 05-2142(GEB)
        v.

**ABBOTT LABORATORIES,**

**APPEARANCES:**

J. Shalek, Esq., B. Vinti, Esq., R. Goldstein, Esq. for Pltf
G. Lombardi, Esq., K. Warner, Esq., M. Bogad, Esq., for Deft.


**NATURE OF PROCEEDINGS:** TRIAL W/O JURY HELD BEFORE THE HON.
GARRETT E. BROWN, JR., U.S.D.J., as to remaining issues.

Joseph Marks - SWORN - for Deft.
Andrew Schapals - SWORN - for Deft.
Ordered further briefing be received by 9/24/08; any responses by 10/1/08.
Ordered matter be taken under advisement.


COMMENCE: **9:20 a.m.**
ADJOURNED: **12:10 p.m.**


                                        S/Daniel P. Murphy
                                        **Deputy Clerk**