UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

CHURCH & DWIGHT CO., INC.,

    Plaintiff,

v.

ABBOTT LABORATORIES,

    Defendant.

---

Honorable Garrett E. Brown, Jr., U.S.D.J.

Civil Action No. 05 CV 2142 (GEB)

*RECEIVED AT 8:30 FEB 20 2009 WILLIAM T. WALSH CLERK*

## JUDGMENT

This action came on for trial before the Court and a jury, Honorable Garrett E. Brown, Jr., District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1. Defendant Abbott Laboratories ("Abbott") infringes Claims 1, 5, 6, 7, 9 and 10 of U.S. Patent No. 5,714,389 ("the '389 Patent");

2. Defendant Abbott infringes Claims 8 and 9 of U.S. Patent No. 5,989,921 ("the '921 Patent");

3. Defendant Abbott infringes Claims 7 and 19 of U.S. Patent No. 6,485,982 ("the '982 Patent");

4. Claims 1, 5, 6, 7, 9, and 10 of the '389 Patent, Claims 8 and 9 of the '921 Patent, and Claims 7 and 19 of the '982 patent are not invalid;

5. The '389, '921 and '982 Patents are enforceable;

6. Plaintiff Church & Dwight Co., Inc. ("C&D") is awarded $14,600,000 in actual damages from Abbott;

7. Abbott's infringement is willful;

8. C&D is additionally awarded enhanced damages from Abbott in the amount of $14,600,000;

9. C&D shall therefore recover from Abbott $29,200,000, the sum of the amounts set forth in paragraphs 6 and 8 above, and any additional amount that may be awarded by the Court upon post-judgment motions by C&D;

10. Judgment is entered in favor of Plaintiff C&D on Counts I, II and III of the Complaint;

11. Defendant Abbott's counterclaims are hereby dismissed;

12. C&D is entitled to seek that costs be taxed against Abbott in accordance with Local Civil Rule 54.1;

13. C&D is entitled to seek pre-judgment interest, in accordance with the Federal Rules of Civil Procedure, in an amount to be determined by the Court upon motion by C&D;

14. C&D is entitled to seek post-judgment interest as provided by 28 U.S.C. § 1961; and,

15. This Court retains jurisdiction over this matter for purposes of post-judgment motions and enforcing or, if appropriate, modifying this judgment.

_____
HONORABLE GARRETT E. BROWN, JR.
UNITED STATES DISTRICT JUDGE

DATED: February 19, 2009

2