# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2009-1285, -1490

CHURCH & DWIGHT CO., INC.,

                              Plaintiff-Cross Appellant,

v.

ABBOTT LABORATORIES,

                              Defendant-Appellant.

Appeals from the United States District Court for the District of New Jersey in case no. 05-CV-2142, Chief Judge Garrett E. Brown, Jr.

ORDER

RECEIVED
OCT 22 2009
AT 8:30_____M
WILLIAM T. WALSH, CLERK

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

/s/ Jan Horbaly

Jan Horbaly
Clerk

10/20/09

cc: Clerk's Office, DCT
J. Michael Jakes
James H. Shalek

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 20 2009

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 10/20/09

CHURCH & DWIGHT V ABBOTT LABS, 2009-1285, -1490
DCT - 05-CV-2142

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 10/20/09